DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

18 DECEMBER 2014

| 022P14 | Thomas C. Wetherington v. N.C. Dept. of Crime Control & Public Safety; N.C. Highway Patrol | 1. Respondent's PDR Under N.C.G.S. § 7A-31 (COA13-405)<br><br>2. Petitioner's Conditional PDR Under N.C.G.S. § 7A-31 | 1. Allowed<br><br>2. Allowed |
|---|---|---|---|
| 023P13-2 | Eric L. Martinez v. State of North Carolina; Frank Perry | Def's *Pro Se* Petition for *Writ of Certiorari* to Review Order of Superior Court of Yadkin County (COAP14-321) | Denied |
| 046PA12-3 | State v. Marva Denyse Gillis | Def's PDR Under N.C.G.S. § 7A-31 (COA13-1203) | Denied<br><br>**Hunter, J., recused** |
| 046P14-2 | State v. Demetrius Watson | 1. Def's *Pro Se* Motion for PDR Under N.C.G.S. § 7A-31 (COAP14-59)<br><br>2. Def's *Pro Se* Petition for *Writ of Mandamus*<br><br>3. Def's *Pro Se* Motion to Proceed *In Forma Pauperis* | 1. Denied **11/12/2014**<br><br>2. Denied **11/12/2014**<br><br>3. Allowed **11/12/2014** |
| 048P14 | State v. Thaddeus Stephen MacMoran | Def's PDR Under N.C.G.S. § 7A-31 (COA13-758) | Denied<br><br>**Hunter, J., recused** |
| 049PA14 | State v. James Kevin Moir | Def's Motion to Dismiss Appeal | Denied **11/10/2014** |
| 055P02-12 | State v. Henry Ford Adkins | Def's *Pro Se* Petition for *Writ of Certiorari* to Review Order of Superior Court of Rockingham County | Denied |
| 065P14 | State v. Jason Russell Williams | 1. Def's NOA Based Upon a Constitutional Question (COA12-1128)<br><br>2. Def's PDR Under N.C.G.S. § 7A-31<br><br>3. State's Motion to Dismiss the Appeal | 1. ---<br><br>2. Denied<br><br>3. Allowed |